2009-60558

FILED

June 21, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002720103

**1**

PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE, #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA  91364
P.O. Box 4365
Woodland Hills, CA  91365-4365
(818) 227-0100
F.040-1559
Attorneys for Secured Creditor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re

MARTIN GENE THOMPSON AND
HEATHER IMMER THOMPSON DBA
MARTIN G. THOMPSON
CONSTRUCTION

Debtors.

BETH MAXWELL STRATTON,

Trustee,

_____ /

Bk. No. 09-60558

Motion No. PPR-1

CHAPTER 7

Hearing-
Date : June 8, 2010
Time : 1:30 p.m.
Place : U.S. Bankruptcy Court
          2500 Tulare Street
          Fresno, CA
          Dept. A. Courtroom 11

AMENDED ORDER VACATING AUTOMATIC STAY

The Motion for Relief from Automatic Stay U.S. Bank, N.A. successor in interest to the FDIC as receiver for PFF Bank and Trust, its assignees and/or successors in interest, came on for hearing on June 8, 2010, at 1:30 p.m., before the Honorable Whitney Rimel.  Appearances were waived as no timely responses were filed.

1

RECEIVED

June 21, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002720103

1   The Court after reviewing the pleadings and records, and after determining
2   that GOOD CAUSE exists, makes the following Order:

3   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the instant
4   Motion for Relief of the Automatic Stay is denied as moot as to the Debtor.

5   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that as to the
6   Chapter 7 Trustee, Beth Maxwell Stratton, the Automatic Stay in the above-entitled
7   Bankruptcy proceeding is immediately vacated and extinguished with respect to Secured
8   Creditor's interest in the subject Property, generally described as **14281 Avenue 328,**
9   **Visalia, California**.

10  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court
11  has determined that this bankruptcy proceeding has been finalized for purposes of Cal.
12  Civil Code §2923.5 and the enforcement of the note and deed of trust described in the
13  motion against the subject real property.

14

Dated:

Jun 21, 2010

_United States Bankruptcy Judge_

18
19
20
21
22
23
24
25
26
27

28